■ In the Matter of BRIAN J. DWYER, Appellant, v THOMAS CURLEY et al., Constituting the City of Saratoga Springs Planning Board, Respondents. [677 NYS2d 762] —Mikoll, J. P. Appeal from an order of the Supreme Court (Ferradino, J.), entered January 9, 1997 in Saratoga County, which denied petitioner's motion for reargument.

The order from which plaintiff appeals is one denying a motion to reargue. Such orders are not appealable (*see, Elm Shade Maintenance Corp. v Elm Shade Estates*, 246 AD2d 872, 873-874, 667 NYS2d 807, 808; *Hogan v City of Kingston*, 243 AD2d 981, *lv dismissed, lv denied* 91 NY2d 907; *Matter of Syblis v New York State Bd. of Parole*, 240 AD2d 821; *Pixel Intl. Network v State of New York*, 228 AD2d 899; *Spa Realty Assocs. v Springs Assocs.*, 213 AD2d 781).

Crew III, Yesawich Jr., Spain and Carpinello, JJ., concur. Ordered that the appeal is dismissed, without costs.